Case 12-40902   Doc 31   Filed 04/25/13   Entered 04/25/13 08:31:17   Desc Main
Document    Page 1 of 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NICOLE COX<br><br>Debtor(s) | Case No. 12-40902 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2012.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 01/30/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,010.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 04 MUNICIPALITY WEST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A CAR SHOP | Unsecured | 1,269.30 | NA | NA | 0.00 | 0.00 |
| ADP BENEFIT SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALAN L BECKER & ASSOCIATES | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 371.79 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| AMERIMARK PREMIER | Unsecured | 58.80 | NA | NA | 0.00 | 0.00 |
| AMERITECH PAYROLL OFFICE | Unsecured | 2,681.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| ARGENT HEALTHCARE FIN SERV | Unsecured | 827.63 | NA | NA | 0.00 | 0.00 |
| ARGENT HEALTHCARE FIN SERV | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ASPEN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 435.00 | 446.73 | 446.73 | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT T UVERSE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 5,313.12 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 8.88 | NA | NA | 0.00 | 0.00 |
| BOBS AUTO SALES | Secured | 2,973.00 | NA | 2,973.00 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 674.49 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 674.49 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,139.36 | 1,139.36 | 1,139.36 | 0.00 | 0.00 |
| CARSON PIRIE SCOTT | Unsecured | 73.04 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| CCV | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERYWN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,394.92 | 3,345.00 | 3,345.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 227.28 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Unsecured | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT | Unsecured | 207.40 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 394.53 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE COMMUNICATION | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,259.00 | 1,857.03 | 1,857.03 | 0.00 | 0.00 |
| CONNECTICUT GEN LIFE INSURANC | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 308.83 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL OF IL LLC | Unsecured | 349.64 | NA | NA | 0.00 | 0.00 |
| CREDIT PAC | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| CROSS CHECK | Unsecured | 174.24 | NA | NA | 0.00 | 0.00 |
| D&B RMS | Unsecured | 74.15 | NA | NA | 0.00 | 0.00 |
| DANIEL OANCEA | Unsecured | 4,000.00 | 9,025.00 | 9,025.00 | 0.00 | 0.00 |
| DAVID OANCEA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELTA DENTAL | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| DELUXE PAYMENT PROTECTION SY | Unsecured | 579.77 | NA | NA | 0.00 | 0.00 |
| DOLLAR BILLS | Unsecured | 55.65 | NA | NA | 0.00 | 0.00 |
| DOMINICKS FINER FOODS CORP HQ | Unsecured | 303.97 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY STATES ATTY | Unsecured | 384.08 | NA | NA | 0.00 | 0.00 |
| DUPAGE HOUSING AUTHORITY | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| EAGLE FOOD CENTERS | Unsecured | 104.67 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 755.19 | NA | NA | 0.00 | 0.00 |
| EXTRAFUNDS COM LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 1,424.11 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 743.57 | 971.14 | 971.14 | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL EMPLOYEES CREDIT UNIO | Unsecured | 435.28 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,008.38 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,008.38 | NA | NA | 0.00 | 0.00 |
| FINANCIALPROCESSING.COM | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT MARKETING IN | Unsecured | 907.61 | NA | NA | 0.00 | 0.00 |
| FIRST MID AMERICAN BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| FIRST PERM | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK VISA | Unsecured | 290.99 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIERE BANK | Unsecured | 320.10 | NA | NA | 0.00 | 0.00 |
| GOODWILL RETAIL SVC | Unsecured | 65.95 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 14,922.53 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE FOR WOMEN | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISON LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF EMPLOY | Unsecured | 3,947.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,136.42 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 2.00 | 2.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 0.00 | 414.09 | 414.09 | 0.00 | 0.00 |
| ILLINOIS DEPT PUBLIC AID | Unsecured | 10,412.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLLWAY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLLWAY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOAN | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 104.50 | NA | NA | 0.00 | 0.00 |
| INSURANCE NATIONAL SERVICES | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| INSURE ONE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 325.00 | 425.00 | 425.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,000.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 325.00 | 325.00 | 0.00 | 0.00 |
| MACYS | Unsecured | 123.95 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| MENELAOS PANAGLOTOU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEYERS FURNITURE | Unsecured | 468.28 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | NA | 215.84 | 215.84 | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | NA | 230.79 | 230.79 | 0.00 | 0.00 |
| NATIONAL CHECK | Unsecured | 192.50 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 591.16 | 591.16 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 585.93 | 585.93 | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 466.34 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,235.99 | 1,411.28 | 1,411.28 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 394.06 | 394.06 | 0.00 | 0.00 |
| RATNER SALON | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 2,468.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,468.63 | 2,468.63 | 2,468.63 | 0.00 | 0.00 |
| ST IL DEPT TRANSPORTATION | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 991.00 | 1,631.90 | 1,631.90 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 64.20 | NA | NA | 0.00 | 0.00 |
| STATUS PLUS 339 | Unsecured | 91.91 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK II | Unsecured | 1,297.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN SHOP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UNION PACIFIC RAILROAD | Unsecured | 53.50 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 607.91 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 6,675.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLSIDE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,973.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,973.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,207.94** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2013                        By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**